

**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3 23 12

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  11-0246** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **JARMER D. ROBERSON** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Jarmer D. Roberson, and adjudges him guilty of the offense charged in Count One of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Jarmer D. Roberson's agreement to forfeit and abandon his interest in any firearm and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this __22__ day of __March__ 2012, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE